## MEADOWS CONDOMINIUM ASSOCIATION *v.* ROBERT REDMAN ET AL.
### (AC 26226)

Lavery, C. J., and Schaller and Dupont, Js.

Argued September 12—officially released November 1, 2005

Per Curiam. The judgment is affirmed.

## SILAS HARRIS *v.* COMMISSIONER OF CORRECTION
### (AC 24717)

Dranginis, Gruendel and Freedman, Js.

Argued September 19—officially released November 1, 2005

Per Curiam. The appeal is dismissed.

## MICHAEL PONTARELLI *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 26282)

Flynn, Bishop and McLachlan, Js.

Submitted on briefs October 13—officially released November 1, 2005

Per Curiam. The judgment is affirmed.